IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3203

THOMAS F. ROSENBLUM,
FORMER HUSBAND,

     Appellant,

v.

ANNE R. ROSENBLUM, N/K/A
ANNE R. MOORE, FORMER
WIFE,

     Appellee.

_____/

Opinion filed November 3, 2016.

An appeal from an order of the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Thomas F. Rosenblum, Former Husband, pro se, Appellant.

Geraldine C. Hartin, Orange Park, for Appellee.

PER CURIAM.

     DISMISSED.  Helmich v. Wells Fargo Bank, N.A., 136 So. 3d 763, 764

(Fla. 1st DCA 2014).

ROWE, MAKAR, and KELSEY, JJ., CONCUR.